Nathan R. Ring
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
lasvegas@stranchlaw.com

Jeff Ostrow*
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
ostrow@kolawyers.com

J. Gerard Stranch IV*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **EMILY KIRWAN,** *individually and on behalf of all others similarly situated*, | **Case No.** |
| Plaintiff, | |
| v. | **CLASS ACTION COMPLAINT** |
| **MGM RESORTS INTERNATIONAL**, | **JURY TRIAL DEMANDED** |
| Defendant. | |

The undersigned, attorney of record for Plaintiff Emily Kirwan, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

- Emily Kirwan, Plaintiff

PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
Page 1 of 2

- MGM Resorts International, Defendant

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Pursuant to Fed. R. Civ. P. 7.1, Ms. Kirwan states that she is a natural person and that no parent corporation and any publicly held corporation owns 10% or more of her stock or interest. Ms. Kirwan also represents that she does not own 10% or more of any stock or interest of any company currently subject to this action.

Dated: September 21, 2023.                                                     Respectfully Submitted,

/s/ *Nathan Ring*
Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Blvd., Ste 208
Las Vegas, NV 89102
Telephone: 725-235-9750
E-mail: LasVegas@StranchLaw.com

J. Gerard Stranch IV*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com

Gary Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiff, Emily Kirwan*