Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
Telephone: 725-235-9750
E-mail: LasVegas@StranchLaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMILY KIRWAN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>MGM RESORTS INTERNATIONAL.<br><br>　　　　Defendant(s). | Case No.: 2:23-CV-01481-RFB-DJA<br><br>**MOTION TO WITHDRAW AS ATTORNEY** |

**MOTION TO WITHDRAW AS ATTORNEY**

J. Gerard Stranch, IV moves to withdraw as co-counsel for Plaintiff Emily Kirwan. Jeff Ostrow, Gary M. Klinger and Nathan R. Ring will continue to represent Emily Kirwan in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

Attached as Exhibit 1 is a draft Order granting this Motion to Withdraw as Attorney.

Dated: October 6, 2023          Respectfully submitted,

/s/ *J Gerard Stranch, IV*
J. Gerard Stranch, IV
Stranch, Jennings & Garvey, PPLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
615-254-8801
gstranch@stranchlaw.com


/s/ *Nathan R. Ring*
Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
725-235-9750
LasVegas@StranchLaw.com


**IT IS SO ORDERED.**

DATED: 10/11/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of STRANCH, JENNINGS & GARVEY, PLLC, and on this 6th day of October, 2023, I caused to be served a copy of the MOTION TO WITHDRAW AS ATTORNEY on the parties set forth below via the Court e-filing system where an email address is provided and/or by depositing the same in the United States Mail, first class, postage prepaid, addressed as follows:

MGM Resorts International
3600 Las Vegas Boulevard South
Las Vegas, NV 89109
*Defendant*

Emily Kirwan
emily.kirwan@snhu.edu
*Plaintiff*

         */s/ Suzanne Levenson*
         An employee of Stranch, Jennings & Garvey, PLLC

Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
Telephone: 725-235-9750
E-mail: LasVegas@StranchLaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY KIRWAN, | Case No.: 2:23-CV-01481 |
| Plaintiff(s), | **MOTION TO WITHDRAW AS ATTORNEY** |
| v. | |
| MGM RESORTS INTERNATIONAL. | |
| Defendant(s). | |

### ORDER

IT IS HEREBY ORDERED that the motion of J. Gerard Stranch, IV to withdraw as co-counsel for Plaintiff Emily Kirwan in this action is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall continue to be represented by Jeff Ostrow, Gary M. Klinger and Nathan R. Ring as counsel of record in this matter.

Date: _____    _____

U.S. DISTRICT JUDGE

RESPECTFULLY SUBMITTED BY:

*/s/ J Gerard Stranch, IV*
J. Gerard Stranch, IV
Stranch, Jennings & Garvey, PPLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
615-254-8801
gstranch@stranchlaw.com

*/s/ Nathan R. Ring*
Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
725-235-9750
LasVegas@StranchLaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of STRANCH, JENNINGS & GARVEY, PLLC, and on this 6th day of October, 2023, I caused to be served a copy of the (PROPOSED) ORDER GRANTING MOTION TO WITHDRAW on the parties set forth below via the Court e-filing system where an email address is provided and/or by depositing the same in the United States Mail, first class, postage prepaid, addressed as follows:

MGM Resorts International

3600 Las Vegas Boulevard South

Las Vegas, NV 89109

*Defendant*

Emily Kirwan

emily.kirwan@snhu.edu

*Plaintiff*

                                          */s/ Suzanne Levenson*
                                          An employee of Stranch, Jennings & Garvey, PLLC