Nathan R. Ring
NV State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: 725.235.9750
lasvegas@stranchlaw.com

Jeff Ostrow *(admitted pro hac vice)*
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301
Telephone:  954.525.4100
ostrow@kolawyers.com
*Attorneys for Plaintiff and the Proposed Class*

Todd L. Bice
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa (CA State Bar No 131337)*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*Pro hac vice application forthcoming*

*Attorneys for Defendant*
*MGM Resorts International*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EMILY KIRWAN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-1481-RFB-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (SECOND REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Emily Kirwan and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to respond to the Complaint be extended from the current deadline of December 12, 2023 to and including January 11, 2024. This is the second stipulation for an extension of time to file MGM's responsive pleading. The court previously granted an extension on October 18, 2023. ECF No. 16.

Good cause exists to enlarge the time for MGM to respond to the Complaint. There are currently ten other related actions filed against MGM pending in the District of Nevada (the "Related Actions"). *See Owens v. MGM Resorts Int'l*, No. 2:23-cv-1480 (D. Nev.); *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537 (D. Nev.); *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549 (D. Nev.); *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550 (D. Nev.); *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577 (D. Nev.); *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698 (D. Nev.); *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719 (D. Nev.) *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981 (D. Nev.); *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777 (D. Nev.); *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826. One other action is pending in the District of New Jersey. *Lassoff v. MGM Resorts Int'l*, No. 1:23-cv-20419.

The parties in the Related Actions are actively preparing a joint motion to consolidate the Related Actions. As such, additional time is required to permit time to meet and confer with the various parties to the Related Actions and finalize the joint motion.

The Parties' request is made in good faith to enable the parties to finalize the joint motion for consolidation and conserve judicial and party resources. Moreover, this case is in its infancy, and this request will not prejudice any party.

A proposed order is attached.

**WHEREAS** the Parties respectfully request that MGM shall have until January 11, 2024 to answer, move, or otherwise respond to the Complaint.

| | | |
|---|---|---|
| 1 | Dated:  December 11, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Nathan R. Ring |
| 4 | | Nathan R. Ring<br>**STRANCH, JENNINGS & GARVEY, PLLC** |
| 5 | | 3100 W. Charleston Boulevard, Suite 208<br>Las Vegas, NV 89102 |
| 6 | | Telephone: 725.235.9750<br>lasvegas@stranchlaw.com |
| 7 | | |
| 8 | | Jeff Ostrow *(admitted pro hac vice)*<br>**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT** |
| 9 | | |
| 10 | | One West Las Olas Boulevard, Suite 500<br>Fort Lauderdale, FL 33301 |
| 11 | | Telephone:  954.525.4100<br>ostrow@kolawyers.com |
| 12 | | *Attorneys for Plaintiff and the Proposed Class* |
| 13 | | |
| 14 | | /s/ Todd L. Bice |
| 15 | | Todd L. Bice<br>**PISANELLI BICE, PLLC** |
| 16 | | 400 S. 7th Street Suite 300<br>Las Vegas, NV 89101 |
| 17 | | Telephone: 702.214.2100<br>tlb@pisanellibice.com |
| 18 | | |
| 19 | | Angela C. Agrusa<br>**DLA PIPER LLP (US)** |
| 20 | | 2000 Avenue of the Stars<br>Suite 400 North Tower |
| 21 | | Los Angeles, CA 90067-4735<br>Telephone: 310.595.3000 |
| 22 | | angela.agrusa@us.dlapiper.com |
| 23 | | *Attorneys for Defendant*<br>*MGM Resorts International* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT
CASE NO. 2:23-CV-1481

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| EMILY KIRWAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-1481-RFB-DJA<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT** |

Upon consideration of the foregoing stipulation to extend Defendant MGM Resorts International's time to file response to Plaintiff's Complaint in the above-captioned action, it is hereby **ORDERED** that the Stipulation is **GRANTED**, and the time for MGM Resorts International to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to and including January 11, 2024.

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 12/13/2023