Jared Ribordi                                                1/30/25
880 E. Gaines St.
Dermott, AR 71638


U.S. Dist. Court, Nevada - Clerk
400 S. Virginia St, Rm. 30
Reno, Nevada 89501

Filed ___ Received ___ Entered ___ Served On
Counsel/Parties of Record
FEB 25 2025
Clerk US District Court
District of Nevada
By: _____ Deputy

In Re: Tonya Owens, et al. v. MGM Resorts Int.
2:20-cv-00376-GMN, 2:23-cv-1481, 2:23-cv-1537

    I am actively pursuing a claim in this case. I need the claims documents sent to me at the above listed address; as I am awaiting final billing for legal service provided to me in this matter.

    Please forward me the Agreement that I may submit a timely claim, post haste. I am also in need of the mailing contact information for the claims administrator; Epiq.

    I do not object to any stipulations of the settlement, as long as I recieve all documents in a timely manner.

Thankfully
Jared Ribordi